IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Kenneth Ray Bates,<br><br>    Plaintiff,<br><br>v.<br><br>ELI Solutions LLC,<br><br>    Defendant. | Case No.: 4:17-cv-1838-SAL<br><br>**ORDER** |

This Order serves to supplement the Court's previous order, ECF No. 142, with the following information and directions to assist the United States Marshals Service with enforcing judgment. The "original material" to be retrieved is a manuscript authored by Kenneth Ray Bates titled: *The Law of Necessity v. The Criminal Mind of Society*. The Marshals Service is directed to serve the writ at 6914 E. Highway 76, Mullins, SC 29574. The Marshals Service is authorized to seize United States currency on the premises belonging to ELI Solutions, LLC in the amount of $400.00 plus costs incurred in the execution of the Court's orders. *See* Fed. R. Civ. P. 70(a). If the writ is returned unsatisfied, Plaintiff will be entitled to an order for supplementary proceedings requiring Defendant ELI Solutions, LLC to appear and answer concerning its property. *See* S.C. Code Ann. § 15-39-310.

IT IS SO ORDERED.

April 20, 2021
Florence, South Carolina

/s/Sherri A. Lydon
Sherri A. Lydon
United States District Judge